IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LASHANE SAVAGE                                                      PLAINTIFF

v.                                  Case No. 1:25-cv-01077

ASHLEY COUNTY CIRCUIT COURT;
and ARACELI MARTINEZ                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on March 6, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16).  Judge Comstock recommends that Plaintiff's case be dismissed without prejudice for failure to prosecute and for failure to obey Court orders.  (ECF No. 16, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 16) *in toto*.  Accordingly, the Court finds that Plaintiff's Amended Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge